**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00460-CV
No. 05-13-00461-CV

**IN RE MATTHEW DICKERSON, Relator**

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-60644 and F05-71453-Q**

## ORDER

Based on our opinion of today's date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


/s/     DOUGLAS S. LANG
        JUSTICE